# IN THE UNITED STATES DISTRICT COURT
## for the EASTERN DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| **BARNETT REI FINANCE 1, LLC** | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | |
| | : | No. 2:22-cv-2736 (MAK) |
| **BHADDAR CONSTRUCTION, LLC** | : | |
| Defendant | : | |

## NOTICE of VOLUNTARY DISMISSAL

TO THE CLERK:

    The Plaintiff hereby voluntarily dismisses this case, without prejudice and without costs.

        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   <u>*/S/ William J. Levant, Esquire*</u>
        William J. Levant, Esquire
        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
        Pennsylvania Attorney I.D. No. 54286
        910 Harvest Drive
        Post Office Box 3037
        Blue Bell, PA  19422
        (610)941-2474 / Telecopier (610)684-2020
        wlevant@kaplaw.com
        Attorneys for Plaintiff

Date : September 16, 2022